IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-01-131-03 |
| **v.** | : |
| **DENYSE BENJAMIN** | : |

## ORDER APPOINTING COUNSEL

**IT IS HEREBY ORDERED THAT** Attorney John F. Yaninek, Esquire, 3401 North Front Street, Harrisburg, Pennsylvania 17110-0950, telephone (717) 232-5000, is appointed to represent Defendant in the captioned case. The Clerk of Court shall prepare the appropriate paperwork and send it as soon as possible to Attorney Yaninek.

                                                     s/Sylvia H. Rambo
                                                    Sylvia H. Rambo
                                                    United States District Judge

Dated: October 31, 2005.