IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**                             CASE NUMBER: 1:01-CR-0131-03

vs.

**Denyse Marla Benjamin**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been <u>re-scheduled</u> for the place, date and time set forth below:

Place:  U.S. District Court                        **Date and Time: April 18, 2006 @ 4:00 PM**
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: *Arraignment/Guilty Plea and Sentencing

Date:  March 30, 2006                              /s/ Mark J. Armbruster
                                                   By: Mark J. Armbruster, Deputy Clerk

CC:   Judge Sylvia H. Rambo
      John Yaninek, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.

**Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You