# BERGEL & EDSON LLP
## *Barristers & Solicitors*

HY BERGEL, B.A., LL.B.
LORNE CLIMANS, LL.B.
CHRISTOPHER D. FINLAY, B. Comm., LL.B.
ILAN D. BERGEL B.A. LL.B.

BARRY A. EDSON, LL.B.
ANDREW S. BERGEL, B.A., LL.B.
JEREMY M. MAGENCE, B.A., LL.B.

1018 FINCH AVENUE WEST, 5TH FLOOR, TORONTO, ONTARIO, M3J 3L5
TEL.: (416) 663-2211    FAX: (416) 663-2348

April 18, 2006

**Sent by fax: 1-717-236-1816**

The Honourable Judge Rambo
c/o John Yaninek, Attorney Mette, Evans & Woodside
Harrisburg, Pennsylvania
17110

Dear Judge Rambo:

**RE: Denyse Benjamin**

This will confirm that we are a law firm which has carried on business in Toronto, Ontario, Canada for the past thirty-four years.

Denyse Benjamin has been employed as a specialized file clerk with the firm since July 28, 2003 at a salary of $25,000.00 per year. Denyse has been trained over the last few years to handle certain important aspects of the filing in a specialized manner and the firm is reliant on her skills. She is a valuable employee and we will continue to offer employment to her as long as she is available to perform the work during the regular 9:00 a.m. to 5:00 p.m. time slot. She has proven herself to be extremely reliable and trustworthy.

If the writer can be of any further assistance, please do not hesitate to call.

Respectfully yours,
BERGEL & EDSON

Hy Bergel
HB:ew