**Dr Les Richmond**
**249 St Clair Avenue West**
**Toronto Ontario**
**M4V 1R3**
**(416) 968-0828**

April 17, 2006

John Yaninek
Mette Evans, Woodside
3401 North Front Street
Harrisburg Pennsylvania
17110-0950
Fax: 717-236-1816
Copy Michael Grossman
Fax: 416-363-4464

    I am a family physician licensed in the Province of Ontario since 1973. I graduated from the University of Toronto and did further training at Toronto General Hospital and Toronto East General Hospital. In addition to having a regular family physician practice I also provide documetation work to the Immigration Refugee Board on cases of torture.

Re: Denyse Benjamin

    Dear Sirs I have followed Denyse Benjamin as her family physician since February 1997. During the period of June 1997 I treated her for spousal abuse. She was going through an episode of marked stress because she was a single mother of a three year old child at that time with no supports. I later saw her in October 1998 for chronic allergic rhinitis. At that time her five year old daughter was suffering from asthma and I referred the daughter to a pediatrician for follow-up. During the period May 1999, I again followed her at a time of severe stress. She did not have any money for support for her daughter. During the period September 2000 she was also complaining of stress because she was taking courses at the Toronto School of Business and carrying on a part-time job as well as supporting her family. During the period July 2001 I again saw her for exhaustion and fatigue. At that time she was working eight hours a day as an attendant at the CN Tower. She advised that she fainted at work in the elevator and was taken to Toronto General Hospital by ambulance. The diagnosis from the hospital at that time was stress related ? migraine. During the period April 2005 I again saw her for what appears to be a post partum depression. In October 2005 I saw her after her arrest and detention related to charges dating back to 1999. At that time she was severely traumatized and demonstrated typical findings of post traumatic stress disorder. She could not stop crying in my office. She had constant flash backs to the arrest episode. She had been severely traumatized by her detention at the womens correction facility in Milton. She was uable to sleep and could not concentrate and was not eating. She had been particularly traumatized by the strip search which was conducted at the detention centre. At that time I started her on tranquillizers and antidepressants and agreed to see her the next week.

Page two....Denyse Benjamin

    She returned November 7, 2005 and described how she had been severely traumatized by the events. She said that she could not concentrate, she could not sleep becase it was constantly on her mind. She was in a constant state of agitation. She said that every time she saw a police car she became traumatized and panic stricken. She was sleeping with all the lights on in her house. She would startle with any noise. She said that she had her daughter sleeping in her bed because she couldn't stand to sleep alone. She said that her mother was also traumatized. She was upset because after the arrest her mother had to look after her children. She felt isolated from her children and was afraid to be alone. She said that she had no previous criminal record and found the episode humiliating. She did not want to disclose what had happened to any of her friends or her support network. When I saw her again in March 2006 she again complained of severe stress. She said her twelve year old daughter's school preformance was suffering. She had developed alopecia areata which is bald patches throughout her scalp. This commonly occurs at times of severe stress.

    In summary, she was going through a period of marked stress at the time of the incidents of 1999. She is now severely traumatized and shows typical symptoms of post traumatic stress disorder. If I can provide further information please do not hesitate to contact me.

Yours truly,

Les Richmond B. Sc., M. D.
/cs