IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:01-CR-0131-03 |
| | : | |
| v. | : | |
| | : | **FILED** |
| DENYSE BENJAMIN | : | HARRISBURG, PA |
| | | APR 1 8 2006 |
| | | MARY E. D'ANDREA, CLERK |
| PLEA | | Per_____ |
| | | Deputy Clerk |

AND NOW, this 18th day of April, 2006, the defendant, DENYSE BENJAMIN, hereby pleads Guilty to Count 1 of the Indictment.

_____
(Signature of Defendant)

_____
(Signature of Counsel)