IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CASE NO. 1:CR-01-131-03
:
**v.** :
:
**DENYSE MYRLA BENJAMIN** :

## O R D E R

**AND NOW,** this 18th day of April, 2006, the court finds that the defendant is acting voluntarily and not as a result of force or threats or promises apart from the plea agreement.  The court further finds that the defendant understands her rights and the consequences of her plea and voluntarily waives her right to trial.  The court is satisfied that the plea has a basis in fact and contains all the elements of the crime charged.  The court therefore accepts the plea of guilty to Count 1 of the Indictment, and directs the entry of a judgment of guilty on the plea.

                           s/Sylvia H. Rambo
                           SYLVIA H. RAMBO
                           United States District Judge